No. 5023.

(Court of Appeal, Parish of Orleans.)

## F. T. DAUNES vs. HERMAN ALONZO.

Emile Pomes for plaintiff and appellee.

Jas. T. Nix for defendant and appellant.

GODCHAUX, J.—Considering the stipulation of the parties in interest on file herein, and in accordance with the terms thereof, the appeal in this cause is dismissed.

Appeal dismissed.